FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 16, 2020

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MARTHA OFELIA NARANJO-CISNEROS,<br><br>Defendant. | No. 2:20-CR-00094-SMJ-1<br><br>ORDER GRANTING DEFENDANT'S MOTION TO MODIFY RELEASE CONDITIONS<br><br>**MOTION GRANTED**<br>    **(ECF No. 26)** |

Before the Court is Defendant's Motion to Modify Conditions of Release, **ECF No. 26**. Defendant recites in her motion that neither the United States nor U.S. Probation oppose this request.

Specifically, Defendant is requesting to change her curfew to comport with changes in her work schedule.

The Court finding good cause, **IT IS ORDERED** Defendant's Motion, **ECF No. 26,** is **GRANTED**. Special Condition #28 is modified as follows: Defendant shall be restricted to her residence on workdays from 7:00 p.m. to 5:00 a.m. United States Probation may authorize a change in this curfew to comport with Defendant's employment.

///

///

ORDER - 1

All other terms and conditions of pretrial release not inconsistent herewith shall remain in full force and effect.

**IT IS SO ORDERED.**

DATED September 16, 2020.



_____
JOHN T. RODGERS
UNITED STATES MAGISTRATE JUDGE

ORDER - 2