FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 23, 2021

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MARTHA OFELIA NARANJO-CISNEROS,<br><br>Defendant. | No. 2:20-cr-00094-SMJ<br><br>**ORDER GRANTING THE GOVERNMENT'S MOTION TO LIFT STAY AND DISMISS WITHOUT PREJUDICE** |

Before the Court, without oral argument, is the Government's Motion to Lift Stay and Dismiss Without Prejudice, ECF No. 59. The Government seeks the Court's leave to dismiss the Indictment, ECF No. 2, without prejudice as to Defendant Martha Ofelia Naranjo-Cisneros under Federal Rule of Criminal Procedure 48(a). The Court has reviewed Defendant's docket on appeal, No. 21-30052, and notes that on June 22, 2021, the Ninth Circuit granted the Government's unopposed motion for voluntary dismissal under Fed. R. App. P. 42(b). ECF No. 60.

Having reviewed the pleadings filed in connection with the motion, the Court grants the Government leave to dismiss the Indictment. The Court makes no

ORDER GRANTING THE GOVERNMENT'S MOTION TO LIFT STAY AND DISMISS WITHOUT PREJUDICE – 1

judgment as to the merit or wisdom of this dismissal.

Accordingly, **IT IS HEREBY ORDERED**:

1. The Government's Motion to Lift Stay and Dismiss Without Prejudice, **ECF No. 59**, is **GRANTED**.

2. The Indictment, **ECF No. 2**, is **DISMISSED WITHOUT PREJUDICE** as to Defendant Martha Ofelia Naranjo-Cisneros.

3. All pending hearings, dates, and deadlines, including the trial and pretrial conference in this matter, are hereby **STRICKEN**.

4. All pending motions are hereby **DENIED AS MOOT**.

5. All terms and conditions of pretrial release are hereby **VACATED**.

    A. The U.S. Probation Office shall no longer impose any terms or conditions of release.

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all counsel, the U.S. Probation Office, and the U.S. Marshals Service.

**DATED** this 23rd day of June 2021.

_____
SALVADOR MENDOZA, JR.
United States District Judge